# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

ADVANTAGE MEDIA, L.L.C.,

      Plaintiff,

v.                         **ORDER**
                           Civil File No. 04-4959 (MJD/JGL)

CITY OF HOPKINS,

      Defendants.

_____

On September 18, 2006, Plaintiff Advantage Media, L.L.C. moved to strike [Docket No. 73] Defendant's Second Motion in Limine. This motion is denied.

**IT IS HEREBY ORDERED** that

1)    Plaintiff's Motion to Strike Defendant's Second Motion in Limine [Docket No. 73] is **DENIED**.

2)    Plaintiff may file a reply to Defendant's Second Motion in Limine, due within one day of this order.


Dated: <u>September 20, 2006</u>                 <u>s / Michael J. Davis      </u>
                                                             Judge Michael J. Davis
                                                             United States District Court