UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ADVANTAGE MEDIA, L.L.C.,

      Plaintiff,

v.                               **ORDER**
                               Civil File No. 04-4959 (MJD/JJG)

CITY OF HOPKINS,

      Defendants.

_____

On June 30, 2006, and September 15, 2006, Defendant the City of Hopkins filed motions in limine to exclude expert testimony [Docket No. 49] and to Preclude Testimony Regarding the Preliminary Injunction Order and Sign Ordinance Provisions Which Were Not Applied to Advantage Media's Applications [Docket No. 70]. On July 3, 2006, Plaintiff Advantage Media, L.L.C. filed a Motion to Exclude Expert Testimony [Docket No. 59].

      **IT IS HEREBY ORDERED** that

      1)    Defendant's Motion to Exclude Expert Testimony [Docket No. 49] is **DENIED**.

      2)    Plaintiff's Motion to Exclude Expert Testimony [Docket No. 59] is **DENIED** as moot.

      3)    Defendant's Motion to Preclude Testimony Regarding the Preliminary Injunction Order [Docket No. 70] is **DENIED**.

4)    Defendant's Motion to Preclude Testimony Regarding Sign Ordinance Provisions Which Were Not Applied to Advantage Media's Applications [Docket No. 70] is **GRANTED**, insofar as the Motion seeks to limit testimony to Section 570.03 of the 2004 City of Hopkins Zoning Code.


Dated:   September 25, 2006              s / Michael J. Davis
                                         Judge Michael J. Davis
                                         United States District Court