UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

ADVANTAGE MEDIA, L.L.C.,

        Plaintiff,

v.                             **ORDER**
                              Civil File No. 04-4959 (MJD/JJG)

CITY OF HOPKINS,

        Defendants.
_____

On September 25, 2006, the Court heard several pre-trial motions from Plaintiff and Defendant. Plaintiff moves to exclude Defendant's Amended Exhibit List, Exhibits 14-18. This motion is taken under advisement. Defendant moves for Judgment as a Matter of Law. This motion is denied.

**IT IS HEREBY ORDERED** that

1)     Plaintiff's Motion to Exclude Defendant's Amended Exhibit List as to Exhibits 14-18 is taken under advisement.

2)     Defendant's Motion for Judgment as a Matter of Law is **DENIED**.

3)     The Court's Order [Docket No. 80] Granting Defendant's Motion to Preclude Testimony Regarding Sign Ordinance Provisions Which Were Not Applied to Advantage Media's Applications [Docket No. 70] is **MODIFIED**, to include testimony regarding Sections 570.01,

570.03, 570.05, 570.07, 570.23, 570.44, 570.47, 570.53, and 570.54 of the 2004 City of Hopkins Zoning Code.

Dated: September 25, 2006                s / Michael J. Davis
                                         Judge Michael J. Davis
                                         United States District Court